**Exhibit A to the Complaint**

**Location:** Woodbridge, NJ  
**Total Works Infringed:** 52  
**IP Address:** 24.0.13.70  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/13/2018 14:04:09 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 2 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | Blacked | 04/01/2018 13:27:00 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 3 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 01/26/2018 20:56:58 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 4 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/21/2018 13:38:55 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 5 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/25/2018 22:43:06 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 6 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/26/2017 22:14:24 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 7 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/15/2017 02:13:19 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 8 | 3CED9C40BACD843D53D6828992D824C11F007832 | Vixen | 12/02/2017 23:32:43 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 9 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 03/27/2018 22:42:35 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 10 | 44BBE94637EA1DEE53456986B8D560425E976D22 | Blacked Raw | 12/10/2017 00:07:08 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 11 | 46804F1036037E332B06CAAB4EFFDB7430953A24 | Blacked | 05/11/2017 03:32:47 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 12 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/04/2017 03:05:18 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 13 | 66BF4EE8BF4EE50EB65A4738234CE4ADD0A8D189 | Blacked | 01/07/2018 14:03:53 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 14 | 6B7EEF6AEDA2787A84E7F56E17DF19F5F7CCA93C | Tushy | 02/01/2018 22:48:25 | 01/31/2018 | 02/07/2018 | 16288762311 |
| 15 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | Blacked | 05/02/2018 02:30:10 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 16 | 755B2FD63DC787C4B07EC1D3461F59E10EC33404 | Vixen | 04/22/2018 16:52:23 | 04/19/2018 | 05/19/2018 | 16665888134 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/07/2017 02:10:56 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 18 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/19/2017 17:47:56 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 19 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/12/2018 03:42:23 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 20 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/24/2018 13:09:02 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 21 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | Blacked | 04/26/2018 21:33:46 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 22 | 8E1846AD8B68A183329A8EBB02FDB36C903D2AD9 | Blacked | 07/01/2017 23:14:04 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 23 | 8F6C9F7881D4AEBFCB44E61D19A8FC5A368504A0 | Blacked | 12/19/2017 07:17:37 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 24 | 90A061D4C6A7A5B878744407DD5FED7F9E0A850C | Blacked Raw | 01/30/2018 04:46:14 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 25 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/12/2017 14:42:22 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 26 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Raw | 12/05/2017 04:34:30 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 27 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/03/2017 16:18:07 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 28 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 05/31/2017 10:34:44 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 29 | A7448A393F01061BB9CFE11EEF2BAFB37DFF2FFD | Blacked Raw | 01/18/2018 23:09:21 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 30 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/02/2018 03:50:45 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 31 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/04/2017 23:44:14 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 32 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/09/2017 05:15:22 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 33 | AC224610B7D83952E98AC57F52F7F6F5B6543665 | Blacked | 07/30/2017 18:18:20 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 34 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 02/11/2018 22:29:18 | 02/11/2018 | 02/17/2018 | 16331855536 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | Blacked | 03/22/2018 21:47:12 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 36 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/14/2018 13:55:09 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 37 | B3CD1356092D254566EC9C832C8E37E68DDAA7C1 | Blacked Raw | 01/10/2018 10:26:09 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 38 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 12/24/2017 13:56:49 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 39 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/22/2017 03:35:36 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 40 | BD633D05743A426AA5861AB650B812AD46D13FEC | Blacked Raw | 11/20/2017 01:08:25 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 41 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 01/30/2018 23:46:48 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 42 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 04/16/2018 03:49:35 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 43 | D0944B3B26CD699C8CBD1F29C33DEB31C4958BA0 | Blacked | 05/15/2018 22:30:32 | 05/15/2018 | 05/19/2018 | 16665888065 |
| 44 | D0BB360420E57FE725E43E8A0001D26CEABF17CC | Blacked Raw | 01/22/2018 23:28:03 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 45 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/03/2018 01:18:41 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 46 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 03/20/2018 20:13:04 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 47 | D6FF33CDDB5C3C204EA44BFF85934ADA5BAD3B07 | Blacked | 05/06/2018 16:55:31 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 48 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/11/2017 22:41:23 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 49 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/08/2017 17:02:08 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 50 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/04/2017 07:13:14 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 51 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/24/2017 20:26:12 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 52 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/26/2018 20:22:02 | 03/26/2018 | 04/12/2018 | PA0002091525 |