

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

Office Managing Partner
Gerard P. Norton, Ph.D, Esq.

JOHN C. ATKIN
Direct No: 609.895.3327
Email: JAtkin@FoxRothschild.com

January 2, 2019

**Via ECF**

Honorable Cathy L. Waldor
United States District Court for District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 24.0.13.70**
            **Dkt. No. 2:18-cv-10619-KM-CLW**

Judge Waldor:

    As you know, we represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. I write to advise the Court that counsel for Defendant has consented Strike 3's third motion for an extension of time within in which to effectuate service of process in this matter [ECF No. 19], while reserving all available defenses, including jurisdiction.

    Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  */s/ John C. Atkin*

                                  John C. Atkin

cc:    Leslie A. Farber, Esq. (via ECF)