

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

Office Managing Partner
Gerard P. Norton, Ph.D., Esq.

JOHN C. ATKIN
Direct No:  609.895.3327
Email: JAtkin@FoxRothschild.com

January 24, 2019

<u>**Via ECF**</u>
The Honorable Cathy L. Waldor
United States District Court for District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re: Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 24.0.13.70**
     <u>**Dkt. No. 2:18-cv-10619-KM-CLW**</u>

Judge Waldor:

  We represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. I write to respectfully request a brief adjournment of the Oral Argument scheduled for Defendant's Motion for Protective Order [ECF No. 11] on **February 11, 2019** at **2:00pm EST**, due to a scheduling conflict I have with a hearing day in an arbitration in New York, entitled *RCM Technologies, Inc. v. New York Power Authority*, JAMS Reference No. 1425024690, which is scheduled for hearings on January 28-31 and February 11-14.

  Defendant's counsel has consented to this request, and we have conferred and agreed that counsel for both parties are available, pending Court approval/availability, on the following dates: **March 4, 5, 6, 7, or 8, 2019.**

  Thank you for your attention to this matter.

              Respectfully submitted,

              */s/ John C. Atkin*

              John C. Atkin

cc: Leslie A. Farber, Esq. (via ECF)