| FiledDate | Docket | Trace City | Actual City |
|---|---|---|---|
| 10/31/2017 | 2:17-cv-10290-JLL-SCM | South Plainfield | Plainfield |
| 10/31/2017 | 2:17-cv-10297-SDW-SCM | Fair Lawn | Paramus |
| 10/31/2017 | 2:17-cv-10300-KSH-CLW | Jersey City | Jersey City |
| 10/31/2017 | 2:17-cv-10305-MCA-LDW | Jersey City | Jersey City |
| 10/31/2017 | 3:17-cv-10308-FLW-LHG | Belle Mead | Princeton |
| 10/31/2017 | 3:17-cv-10314-BRM-DEA | Red Bank | Tinton Falls |
| 12/7/2017 | 1:17-cv-12779-RMB-KMW | Collingswood | Collingswood |
| 12/7/2017 | 1:17-cv-12780-RMB-KMW | Absecon | Absecon |
| 12/7/2017 | 1:17-cv-12781-RBK-AMD | West Berlin | West Berlin |
| 12/7/2017 | 1:17-cv-12783-RBK-AMD | Sicklerville | Sicklerville |
| 12/7/2017 | 1:17-cv-12786-NLH-JS | Woodbury | Deptford |
| 12/19/2017 | 2:17-cv-13279-KM-SCM | West Orange | West Orange |
| 12/19/2017 | 2:17-cv-13280-ES-MAH | Jersey City | Jersey City |
| 12/19/2017 | 2:17-cv-13284-CCC-SCM | Springfield | Springfield |
| 12/19/2017 | 2:17-cv-13285-JMV-MF | Bloomfield | Bloomfield |
| 12/19/2017 | 2:17-cv-13287-CCC-MF | Madison | Madison |
| 12/19/2017 | 2:17-cv-13289-JMV-MF | Chatham | Summit |
| 12/19/2017 | 2:17-cv-13291-JLL-SCM | Maplewood | South Orange |
| 12/19/2017 | 2:17-cv-13294-JMV-JBC | Rutherford | Lyndst |
| 12/19/2017 | 2:17-cv-13295-JMV-MF | Ridgewood | Ridgewood |
| 12/19/2017 | 2:17-cv-13296-WJM-MF | Belleville | Belleville |
| 12/19/2017 | 2:17-cv-13297-KSH-CLW | Passaic | Wd-Rdg |
| 12/19/2017 | 2:17-cv-13299-ES-JAD | Fairview | Fairview |
| 12/20/2017 | 3:17-cv-13349-MAS-LHG | Trenton | Trenton |
| 12/20/2017 | 3:17-cv-13351-BRM-TJB | New Egypt | New Egypt |
| 12/20/2017 | 3:17-cv-13353-PGS-TJB | Trenton | Robbinsville |
| 12/20/2017 | 3:17-cv-13354-PGS-DEA | Spring Lake | Manasquan |
| 12/20/2017 | 3:17-cv-13355-MAS-DEA | Belmar | Neptune |
| 12/20/2017 | 3:17-cv-13358-BRM-LHG | Trenton | Ewing |
| 1/9/2018 | 3:18-cv-00308-MAS-LHG | Hightstown | East Windsor |
| 1/23/2018 | 2:18-cv-00910-WJM-MF | Union | Irvington |
| 1/23/2018 | 2:18-cv-00911-SRC-CLW | Nutley | Clifton |
| 1/23/2018 | 2:18-cv-00912-JMV-JBC | Bayonne | Bayonne |
| 1/23/2018 | 2:18-cv-00913-WJM-MF | Tenafly | Tenafly |
| 1/23/2018 | 2:18-cv-00916-SRC-CLW | Little Falls | Little Falls |
| 1/23/2018 | 2:18-cv-00918-CCC-JBC | South Orange | NEWARK |
| 1/23/2018 | 2:18-cv-00922-SDW-LDW | Cranford | Cranford |
| 1/23/2018 | 2:18-cv-00924-SDW-LDW | Westwood | Westwood |
| 1/23/2018 | 2:18-cv-00927-KSH-CLW | Caldwell | Roseland |
| 1/23/2018 | 3:18-cv-00896-MAS-DEA | Hillsborough | Hillsborough |
| 1/23/2018 | 3:18-cv-00898-BRM-LHG | Hillsborough | Hillsborough |
| 1/23/2018 | 3:18-cv-00899-BRM-LHG | Point Pleasant Beach | Brick |
| 1/23/2018 | 3:18-cv-00900-BRM-LHG | Neptune City | Wall Township |
| 1/23/2018 | 3:18-cv-00901-BRM-TJB | Seaside Park | Seaside Park |
| 1/23/2018 | 3:18-cv-00902-FLW-TJB | Bradley Beach | Bradley Beach |
| 1/23/2018 | 3:18-cv-00904-AET-DEA | Warren Township | Warren Township |

| | | | |
|---|---|---|---|
| 1/23/2018 | 3:18-cv-00905-MAS-DEA | Monmouth Junction | Monmouth Jct. |
| 1/23/2018 | 3:18-cv-00906-BRM-DEA | East Brunswick | East Brunswick |
| 1/23/2018 | 3:18-cv-00908-FLW-LHG | Hoffman | Spotswood |
| 2/22/2018 | 2:18-cv-02546-JMV-JBC | Jersey City | Jersey City |
| 2/22/2018 | 2:18-cv-02548-MCA-MAH | Hasbrouck Heights | East Rutherford |
| 2/22/2018 | 2:18-cv-02549-SDW-LDW | Woodbridge | Woodbridge |
| 2/22/2018 | 2:18-cv-02551-KM-JBC | South Plainfield | South Plainfield |
| 2/22/2018 | 2:18-cv-02552-CCC-JBC | Montclair | Bloomfield |
| 2/22/2018 | 2:18-cv-02553-SRC-CLW | Jersey City | Jersey City |
| 2/22/2018 | 2:18-cv-02555-SDW-LDW | Summit | Springfield |
| 2/22/2018 | 2:18-cv-02557-CCC-MF | Oradell | ORADELL |
| 2/22/2018 | 2:18-cv-02558-JLL-JAD | East Brunswick | East Brunswick |
| 2/23/2018 | 2:18-cv-02621-CCC-MF | Belleville | Belleville |
| 2/23/2018 | 2:18-cv-02624-MCA-MAH | Short Hills | Springfield |
| 2/23/2018 | 2:18-cv-02625-KM-JBC | Newark | Newark |
| 2/23/2018 | 2:18-cv-02629-SDW-LDW | Chatham | Chatham Twp. |
| 2/23/2018 | 2:18-cv-02630-CCC-JBC | Fort Lee | Leonia |
| 2/23/2018 | 2:18-cv-02631-SDW-LDW | New Providence | New Providence |
| 2/23/2018 | 2:18-cv-02633-KM-JBC | Rutherford | Rutherford |
| 2/23/2018 | 2:18-cv-02634-ES-MAH | Denville | Rockaway |
| 2/23/2018 | 2:18-cv-02637-KM-JBC | Bayonne | Bayonne |
| 2/26/2018 | 1:18-cv-02666-RMB-JS | Pennsville | Bridgeton |
| 2/26/2018 | 1:18-cv-02667-RBK-KMW | Mount Laurel | Mount Laurel |
| 2/26/2018 | 1:18-cv-02668-RBK-KMW | Dividing Creek | Dividing Creek |
| 2/26/2018 | 1:18-cv-02669-JBS-KMW | Voorhees Township | Voorhees |
| 2/26/2018 | 1:18-cv-02670-NLH-KMW | Mount Holly | Mount Holly |
| 2/26/2018 | 1:18-cv-02671-JBS-AMD | Haddonfield | Lawnside |
| 2/26/2018 | 1:18-cv-02672-NLH-AMD | Cherry Hill | Cheery Hill |
| 2/26/2018 | 1:18-cv-02674-JHR-JS | Mount Holly | Mt. Holly |
| 2/26/2018 | 1:18-cv-02675-RBK-JS | Cherry Hill | Cherry Hill |
| 2/26/2018 | 1:18-cv-02676-RBK-JS | Berlin | Waterford |
| 2/27/2018 | 3:18-cv-02750-FLW-DEA | Manahawkin | LITTLE EGG HARBOR TWP |
| 2/27/2018 | 3:18-cv-02751-PGS-TJB | Hillsborough | Hillsborough |
| 2/27/2018 | 3:18-cv-02753-BRM-TJB | Whiting | Whiting |
| 2/27/2018 | 3:18-cv-02754-PGS-DEA | Whiting | Manchester |
| 2/27/2018 | 3:18-cv-02755-MAS-DEA | Whiting | Whiting |
| 2/27/2018 | 3:18-cv-02756-AET-DEA | Annandale | Annandale |
| 2/27/2018 | 3:18-cv-02759-PGS-LHG | Keyport | Matawan |
| 2/28/2018 | 3:18-cv-02841-MAS-TJB | Toms River | Toms River TWP |
| 2/28/2018 | 3:18-cv-02843-FLW-TJB | Basking Ridge | Bernards Twp. |
| 2/28/2018 | 3:18-cv-02848-BRM-LHG | Holmdel | Holmdel |
| 2/28/2018 | 3:18-cv-02852-PGS-TJB | Princeton Junction | West Windsor Township |
| 2/28/2018 | 3:18-cv-02853-PGS-TJB | Spring Lake | spring lake hts. |
| 4/5/2018 | 2:18-cv-05566-JLL-SCM | Jersey City | Jersey City |
| 4/5/2018 | 2:18-cv-05578-MCA-SCM | Montclair | montclair |
| 4/5/2018 | 2:18-cv-05579-KM-SCM | Clark | linden |
| 4/5/2018 | 2:18-cv-05580-SRC-CLW | North Bergen | UNION CITY |

| Date | Case Number | City 1 | City 2 |
|---|---|---|---|
| 4/5/2018 | 2:18-cv-05581-SDW-SCM | Boonton | BOONTON |
| 4/5/2018 | 2:18-cv-05582-JMV-SCM | Little Falls | Little Falls |
| 4/5/2018 | 2:18-cv-05583-KSH-CLW | Newark | NEWARK |
| 4/5/2018 | 3:18-cv-05577-FLW-LHG | Monmouth Junction | East Brunswick |
| 4/6/2018 | 2:18-cv-05615-CCC-SCM | Lake Hopatcong | ROCKAWAY |
| 4/6/2018 | 2:18-cv-05616-SDW-SCM | Clifton | CLIFTON |
| 4/6/2018 | 2:18-cv-05617-WHW-CLW | Dumont | DUMONT |
| 4/6/2018 | 2:18-cv-05619-KSH-CLW | North Bergen | NORTH BERGEN |
| 4/6/2018 | 2:18-cv-05620-MCA-SCM | Green Village | GREEN VILLAGE |
| 4/6/2018 | 2:18-cv-05621-MCA-SCM | Hoboken | HOBOKEN |
| 4/6/2018 | 2:18-cv-05622-SDW-SCM | Fort Lee | Leonia |
| 4/26/2018 | 1:18-cv-08430-RBK-AMD | Voorhees Township | Voorhees |
| 4/26/2018 | 1:18-cv-08431-JBS-AMD | Swedesboro | Woolwich Twp. |
| 4/26/2018 | 1:18-cv-08432-NLH-AMD | Wenonah | Woodbury, |
| 4/26/2018 | 1:18-cv-08433-RMB-AMD | Lumberton | WRIGHTSTOWN |
| 4/26/2018 | 1:18-cv-08434-NLH-JS | Mount Laurel | Mount Laurel |
| 4/26/2018 | 1:18-cv-08435-RBK-JS | Sicklerville | Newtonville |
| 4/26/2018 | 1:18-cv-08436-NLH-JS | Burlington | Burlington |
| 4/26/2018 | 1:18-cv-08437-RMB-KMW | Mount Holly | Mt. Holly |
| 4/26/2018 | 3:18-cv-08439-BRM-LHG | Point Pleasant Beach | POINT PLEASANT BORO |
| 4/26/2018 | 3:18-cv-08440-AET-DEA | Neptune City | NEPTUNE |
| 6/14/2018 | 2:18-cv-10624-MCA-JAD | Woodbridge | Iselin |
| 6/14/2018 | 2:18-cv-10625-CCC-CLW | Cranford | Cranford |
| 6/14/2018 | 2:18-cv-10627-SRC-CLW | Cranford | Cranford |
| 6/14/2018 | 2:18-cv-10628-KM-CLW | Edgewater | Cliffside Park |
| 6/14/2018 | 2:18-cv-10629-CCC-CLW | Dumont | Bergenfield |
| 6/14/2018 | 2:18-cv-10630-ES-CLW | Jersey City | Jersey City |
| 6/14/2018 | 2:18-cv-10631-WHW-CLW | Madison | Chatham Twp. |
| 6/14/2018 | 2:18-cv-10632-JLL-CLW | Fort Lee | Fort Lee |
| 6/14/2018 | 2:18-cv-10634-ES-CLW | North Bergen | North Bergen |
| 6/14/2018 | 3:18-cv-10622-BRM-TJB | East Brunswick | Dayton |
| 6/14/2018 | 3:18-cv-10635-FLW-DEA | Oxford | Glen Gardener |
| 6/14/2018 | 3:18-cv-10636-MAS-DEA | Bridgewater | BRIDGEWATER |
| 6/14/2018 | 3:18-cv-10638-MAS-LHG | Toms River | Toms River Twp. |
| 6/14/2018 | 3:18-cv-10639-BRM-LHG | Hightstown | East Windsor Twp |
| 6/14/2018 | 3:18-cv-10640-MAS-DEA | Freehold | Marlboro Twp. |
| 8/9/2018 | 1:18-cv-12579-RBK-KMW | Willingboro | Beverly |
| 8/9/2018 | 1:18-cv-12581-NLH-AMD | Somerdale | Somerdale |
| 8/9/2018 | 1:18-cv-12583-RBK-AMD | Collingswood | Somerdale |
| 8/9/2018 | 2:18-cv-12590-KSH-CLW | Jersey City | Jersey City |
| 8/9/2018 | 2:18-cv-12591-MCA-SCM | Jersey City | Jersey City |
| 8/9/2018 | 2:18-cv-12594-CCC-SCM | Montclair | Montclair |
| 8/9/2018 | 2:18-cv-12596-JLL-SCM | Newark | NEWARK |
| 8/9/2018 | 2:18-cv-12597-JMV-SCM | Flanders | FLANDERS |
| 8/9/2018 | 2:18-cv-12599-ES-SCM | North Bergen | NORTH BERGEN |
| 8/9/2018 | 2:18-cv-12601-CCC-SCM | Edison | EDISON |
| 8/9/2018 | 2:18-cv-12602-ES-SCM | Bergenfield | BERGENFIELD |

| | | | |
|---|---|---|---|
| 8/9/2018 | 2:18-cv-12603-KSH-CLW | River Edge | TEANECK |
| 8/9/2018 | 2:18-cv-12604-KSH-CLW | Lyndhurst | East Rutherford |
| 8/9/2018 | 3:18-cv-12605-BRM-DEA | Belle Mead | Belle Mead |
| 8/9/2018 | 3:18-cv-12606-MAS-DEA | Toms River | Toms River |
| 8/9/2018 | 3:18-cv-12608-BRM-LHG | Bound Brook | BOUND BROOK |
| 8/9/2018 | 3:18-cv-12611-MAS-TJB | Belmar | Wall Twp. |
| 8/9/2018 | 3:18-cv-12612-BRM-TJB | Princeton Junction | West Windsor Twp. |
| 9/20/2018 | 1:18-cv-14115-RMB-JS | Haddon Heights | Haddon Heights |
| 9/20/2018 | 1:18-cv-14116-RBK-JS | Mount Laurel | Mount Laurel |
| 9/20/2018 | 2:18-cv-14118-KM-MAH | South Plainfield | Plainfield |
| 9/20/2018 | 2:18-cv-14119-ES-JAD | Jersey City | Jersey City |
| 9/20/2018 | 2:18-cv-14123-KM-JBC | Morris Plains | WHIPPANY |
| 9/20/2018 | 2:18-cv-14125-JLL-JAD | Edison | Edison |
| 9/20/2018 | 2:18-cv-14126-MCA-MAH | Hillside | Hillside |
| 9/20/2018 | 2:18-cv-14128-WJM-MF | Livingston | Livingston |
| 9/20/2018 | 2:18-cv-14129-KSH-CLW | West Orange | West Orange |
| 9/20/2018 | 2:18-cv-14130-ES-MAH | Morris Plains | Morris Plains |
| 9/20/2018 | 2:18-cv-14131-KSH-CLW | Maplewood | Maple |
| 9/20/2018 | 2:18-cv-14132-JMV-JBC | Weehawken | Weehawken |
| 9/20/2018 | 2:18-cv-14133-SDW-LDW | Weehawken | Weehawken |
| 9/20/2018 | 2:18-cv-14135-JMV-MF | South Plainfield | South Plainfield |
| 9/20/2018 | 3:18-cv-14121-MAS-TJB | Old Bridge | PARLIN |
| 9/20/2018 | 3:18-cv-14122-PGS-TJB | North Brunswick | HIGHLAND PARK |
| 9/20/2018 | 3:18-cv-14137-MAS-LHG | Princeton | Princeton |
| 9/20/2018 | 3:18-cv-14140-MAS-DEA | Hoffman | Jamesburg |
| 11/29/2018 | 1:18-cv-16561-JBS-AMD | Browns Mills | Browns Mills |
| 11/29/2018 | 1:18-cv-16562-RMB-AMD | Mays Landing | Egg Harbor City |
| 11/29/2018 | 2:18-cv-16567-WJM-MF | Avenel | Port Reading |
| 11/29/2018 | 2:18-cv-16568-MCA-MAH | Jersey City | Jersey City |
| 11/29/2018 | 2:18-cv-16570-MCA-MAH | Dunellen | BRIDGEWATER |
| 11/29/2018 | 2:18-cv-16572-WJM-MF | Mountain Lakes | PARSIPPANY |
| 11/29/2018 | 2:18-cv-16573-JMV-JAD | Emerson | EMERSON |
| 11/29/2018 | 2:18-cv-16574-SDW-LDW | Paramus | PARAMUS |
| 11/29/2018 | 2:18-cv-16575-WJM-MF | Edison | EDISON |
| 11/29/2018 | 2:18-cv-16578-CCC-JBC | Wayne | RINGWOOD |
| 11/29/2018 | 2:18-cv-16580-WJM-MF | Newark | NEWARK |
| 11/29/2018 | 2:18-cv-16582-JLL-JAD | Edison | PISCATAWAY |
| 11/29/2018 | 2:18-cv-16586-ES-MAH | Livingston | Livingston |
| 11/29/2018 | 3:18-cv-16591-FLW-TJB | Leonardo | Highlands |
| 11/29/2018 | 3:18-cv-16594-FLW-DEA | Marlboro | MARLBORO |
| 11/29/2018 | 3:18-cv-16595-AET-DEA | Toms River | Toms River Twp |
| 11/29/2018 | 3:18-cv-16596-MAS-DEA | Princeton | Princeton |
| 12/26/2018 | 1:18-cv-17592-JHR-AMD | Merchantville | Merchantville |
| 12/26/2018 | 1:18-cv-17593-JBS-AMD | Mays Landing | Mays Landing |
| 12/26/2018 | 2:18-cv-17598-JMV-JBC | Secaucus | Secaucus |
| 12/26/2018 | 2:18-cv-17603-JLL-JAD | New Milford | NEW MILFORD |
| 12/26/2018 | 2:18-cv-17610-WJM-MF | Teaneck | TEANECK |

| | | | |
|---|---|---|---|
| 12/26/2018 | 2:18-cv-17614-ES-MAH | Jersey City | Jersey City |
| 12/26/2018 | 3:18-cv-17604-FLW-DEA | Parlin | PARLIN |
| 12/26/2018 | 3:18-cv-17612-FLW-TJB | Kendall Park | Franklin Twp. |
| 12/26/2018 | 3:18-cv-17615-MAS-DEA | Plainsboro | Lawrence Township |
| 12/26/2018 | 3:18-cv-17616-BRM-DEA | Annandale | Annandale |
| 12/26/2018 | 3:18-cv-17622-FLW-TJB | Toms River | TOMS RIVER |