**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:      John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOE subscriber assigned IP address 24.0.13.70,<br><br>          Defendant. | Case No. 2:18-cv-10619-KM-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 24.0.13.70 are voluntarily dismissed without prejudice.

DATED: July 12, 2019                    Respectfully submitted,

                                         **THE ATKIN FIRM, LLC**

                                         *Attorneys for Plaintiff,*
                                         *Strike 3 Holdings, LLC*

                                         */s/ John C. Atkin, Esq.*
                                         John C. Atkin, Esq.

SO ORDERED

_____
Kevin McNulty, U.S.D.J.

Date: 7/15/19